

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| M. GARZA ENTERPRISES, INC. and EVERETT HOLDINGS, LLC, | § | No. 08-24-00376-CV |
| Appellants, | § | Appeal from the |
| v. | § | 131st District Court |
| JULIA PEREZ, | § | of Bexar County, Texas |
| Appellee. | § | (TC#2022CI00753) |
| | § | |

## J U D G M E N T

Appellee Julia Perez's agreed motion to dismiss has been considered by the Court. The Court grants the motion. It is the judgment of this Court that the trial court's judgment signed on August 19, 2024, is set aside without regard to the merits, and the case is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. Pursuant to the agreement of the parties as to costs, it is further ordered that costs of this proceeding are taxed against the party incurring the same. We further order that mandate be issued immediately and that this decision be certified below for observance.

IT IS SO ORDERED this 12th day of February 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.